Richard A. Helm, Esq.
BOOKMAN & HELM, LLP
721 Sesame Street, Suite 1-B
Anchorage, Alaska 99503
Telephone: (907) 865-0800
Facsimile: (907) 279-4851
rhelm@bookman-helm.com
lhile@bookman-helm.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONNIE WOODARD, | ) |
| Plaintiff, | ) |
| vs. | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) Case No. |

## COMPLAINT FOR PERSONAL INJURIES AND MEDICAL MALPRACTICE

Plaintiff alleges:

1. Plaintiff, Ronnie Woodard, is a resident of Anchorage, Alaska.

2. Plaintiff received medical care at the Elmendorf Medical Center at Elmendorf Air Force Base in Anchorage, Alaska.

3. This Court has jurisdiction pursuant to 28 USC § 1346(b) and 28 USC §§ 2671, et seq.

4. On July 22, 2014, a Dr. Schlafer, employed by the defendant, United States of America, negligently performed a left hemicolectomy on plaintiff. He then negligently failed to diagnose and treat his negligent surgery.

5. As a result of Dr. Schlafer's negligence plaintiff developed an infection, required subsequent operations, including a colostomy and lengthy hospitalizations. He experienced pain and suffering, loss of enjoyment of life, mental disturbances and lost income.

6. Standard Form 95 was submitted to the United States. The defendant has not responded to this claim

WHEREFORE, plaintiff asks that he be granted judgment against the United States in an amount to be proved at trial, for his costs, interest and attorneys' fees and such other relief as the Court may deem just.

DATED at Anchorage, Alaska this _19_ day of October, 2017.

BOOKMAN & HELM, LLP
Attorneys for Plaintiff, Ronnie Woodard

By: _____
Richard A. Helm
Alaska Bar No. 7011059

BOOKMAN & HELM, LLP
Attorneys At Law
721 Sesame Street, Suite 1-B
Anchorage, AK 99503
Telephone: (907) 865-0800 Facsimile (907) 279-4851
Email: rhelm@bookman-helm.com

Complaint for Personal Injuries and Medical Malpractice
Woodard v. United States of America
Case No.                                Page 2 of 2

Case 3:17-cv-00225-HRH   Document 1   Filed 10/20/17   Page 2 of 2